```
DANIEL A. BACON 065099
ANGELICA AMBROSE JORGENSEN 299543
LAW OFFICES OF DANIEL A. BACON
2445 CAPITOL STREET, SUITE 160A
Fresno, California  93721
Telephone:  (559) 412-4420
```

Attorneys for LORENZO CARRANZA-POMPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00347 LJO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON |
| vs. | |
| LORENZO CARRANZA-POMPA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that LORENZO CARRANZA-POMPA's pretrial release condition regarding HOME DETENTION shall be replaced with CURFEW, with the following modifications:

**CURFEW:** You shall remain inside your residence every day from __**9:00 p.m.**__ to __**5:00 a.m.**__, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations; and,

All other previously ordered conditions of release, not in conflict with this order, shall remain in full force and effect.

Ryan Beckwith, United States Pretrial Services officer, has been informed of this request and is not opposed thereto.

Dated: June 9, 2016.                    PHILLIP A. TALBERT, Acting U.S. Attorney

/s/ Daniel J. Griffin

_____
BY: DANIEL J. GRIFFIN,
Assistant United States Attorney
Attorney for Plaintiff

Dated:  June 9, 2016.                    /s/ Daniel A. Bacon

                                                  DANIEL A. BACON,
                                                  Attorney for Defendant
                                                  LORENZO CARRANZA-POMPA

ORDER

IT IS SO ORDERED.

Dated:  **June 15, 2016**          /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE