1 | DANIEL A. BACON 065099
ANGELICA AMBROSE JORGENSEN 299543
2 | LAW OFFICES OF DANIEL A. BACON
2445 CAPITOL STREET, SUITE 160A
3 | FRESNO, CALIFORNIA  93721
TELEPHONE:  (559) 412-4420
4
ATTORNEYS FOR LORENZO CARRANZA-POMPA
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES OF AMERICA          )   Case   No.   1:15-CR-00347-LJO-SKO
                                      )                      (002)
10|              Plaintiff,            )
                                      )   STIPULATION TO MODIFY
11|         vs.                        )   CONDITIONS OF PRETRIAL RELEASE
                                      )   AND ORDER THEREON
12| LORENZO CARRANZA-POMPA,           )
                                      )
13|              Defendant.            )
   _____   )

14        IT IS HEREBY STIPULATED by and between the parties hereto through their

15 attorneys of record that LORENZO CARRANZA-POMPA's pretrial release condition

16 requiring he abide by a specific CURFEW enforced by electronic monitoring shall be

17 deleted.

18        All other previously ordered conditions of release, not in conflict with this order,

19 shall remain in full force and effect.

20        Ryan Beckwith, United States Pretrial Services officer, has been informed of this

21 request and is not opposed thereto.

22 Dated: September 7, 2016.              PHILLIP A. TALBERT, Acting U.S. Attorney

23                                         /s/ Daniel J. Griffin
                                          _____
24                                         BY: DANIEL J. GRIFFIN,
                                          Assistant United States Attorney
25                                         Attorney for Plaintiff

26

27

28

STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ORDER THEREON

Dated: September 7, 2016.   /s/ Daniel A. Bacon
_____
DANIEL A. BACON,
Attorney for Defendant
LORENZO CARRANZA-POMPA

ORDER

IT IS SO ORDERED.

Dated: **September 8, 2016**   */s/ Barbara A. McAuliffe*
_____
UNITED STATES MAGISTRATE JUDGE